# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In re: Kevin D. Smith §          Case No. 8:15-bk-02446-MGW
　　　 Christi Ann Smith §
　　　　　　　　　　　　　§
　　　　　　 Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Kelly Remick, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1)  The case was filed on 03/11/2015.

2)  The plan was confirmed on 01/11/2016.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4)  The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5)  The case was completed on 02/21/2019.

6)  Number of months from filing or conversion to last payment: 47.

7)  Number of months case was pending: 48.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $17,922.00.

10) Amount of unsecured claims discharged without full payment: $14,329.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 281,593.18 | |
| Less amount refunded to debtor(s) | $ 5,443.00 | |
| **NET RECEIPTS** | | $ 276,150.18 |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,350.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 18,898.50 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 21,248.50 |

Attorney fees paid and disclosed by debtor(s):          $ 1,750.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US Bank Trust NA, as Trustee | Con | 356,062.00 | 320,073.77 | 320,073.77 | 80,544.26 | 0.00 |
| US Bank Trust NA, as Trustee | Sec | 0.00 | 0.00 | 0.00 | 149,828.96 | 0.00 |
| CROSS CREEK II MASTER | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| KINGSHYRE AT CROSS CREEK HOA | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| Department of the Treasury | Pri | 18,000.00 | 23,300.14 | 23,300.14 | 23,300.14 | 0.00 |
| Department of the Treasury | Uns | 0.00 | 1,228.32 | 1,228.32 | 1,228.32 | 0.00 |
| ASTRA BUSINESS SERVICES PVT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ATLANTIC CREDIT AND FINANCE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BEALLS DEPARTMENT STORES | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BERMAN & RABIN, PA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIGROUP INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BLAIR CORPORATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BLMDSNB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BLMDSNB | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH, LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH, LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CACV OF COLORADO, LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAP ONE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAP1/NEIMN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGMENT SERVICES, | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CARMEL FINANCIAL COR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA , NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BP PRVT LBL | Uns | 112.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD | Uns | 489.00 | NA | NA | 0.00 | 0.00 |
| JH PORTFOLIO DEBT EQUITIES LLC | Uns | 0.00 | 7,537.07 | 0.00 | 0.00 | 0.00 |
| CHEVRON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CITGO/CBNA | Uns | 281.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/BEALLS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/BRYLNHNE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/CHADWICKS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/DMSTCTNS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/LAREDTE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK/MTROSTYL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CPU/CBNA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL, LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITONE LLC | Uns | 6,402.00 | NA | NA | 0.00 | 0.00 |
| CREDITONE, LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CROSSING POINTE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 226.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 196.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 178.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 79.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FINANCIAL CREDIT SVCS | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 62.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 62.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CREDIT SVCS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC NORTH AMERICA HOLDINGS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE & CO. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LORD & TAYLOR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 1,001.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 938.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 694.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 499.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 406.00 | NA | NA | 0.00 | 0.00 |
| JH PORTFOLIO DEBT EQUITIES LLC | Uns | 0.00 | 12,196.34 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS, INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL, INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PCA ACQUISTITIONS V, LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES, LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SAGE CAPITAL RECOVERY, LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SHELL/CITI | Uns | 526.00 | NA | NA | 0.00 | 0.00 |
| SLM FINANCIAL CORPORATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SMALL BUSINESS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SUNOCO CBN | Uns | 524.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/CHEVRON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/LORD & TAYLOR | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/PAYPAL SMART CON | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/SYNCB BANK CARD | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALMART | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TATE & KIRLIN ASSOCIATES, INC. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TD RCS/CROSSING POINT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| THD/CBNA | Uns | 927.00 | NA | NA | 0.00 | 0.00 |
| THE BRACHFELD LAW GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TNB-TARGET | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WFDILLARDS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ZAKHEIM & LAVRAR, P.A. | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| Stamatakis,Thalji & Bonanno | Lgl | 4,100.00 | 4,100.00 | 4,100.00 | 2,350.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 320,073.77 | $ 80,544.26 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 149,828.96 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 320,073.77 | $ 230,373.22 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 23,300.14 | $ 23,300.14 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 23,300.14 | $ 23,300.14 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 1,228.32 | $ 1,228.32 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 21,248.50 | |
| Disbursements to Creditors | $ 254,901.68 | |
| **TOTAL DISBURSEMENTS:** | | $ 276,150.18 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  <u>04/08/2019</u>                    By:  <u>/s/ Kelly Remick</u>
                                                   Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.